# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGOMED ALEROEV,<br><br>                    Petitioner,<br><br>     v.<br><br>ERNESTO SANTACRUZ, Field Office Director, U.S. Immigration and Customs Enforcement; Warden Adelanto Service Processing Center; TODD M. LYONS, Acting Director, Immigration and Customs Enforcement; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAM BONDI, Attorney General of the United States;<br><br>                    Respondents. | Case No: 5:26-cv-00375-MWF(SP)<br><br>**PRELIMINARY INJUNCTION** |

**TEMPORARY RESTRAINING ORDER**

On February 5, 2026, the Court granted Petitioner's Motion for Temporary Restraining Order (Docket No. 10).  The Court further issued an ORDER TO SHOW CAUSE as to why a Preliminary Injunction should not issue.  (Docket No. 11).

On February 19, 2026, having reviewed the responses to the Order to Show Cause and pursuant to Federal Rule of Civil Procedure 65, good cause appearing therefor:

Respondents are **ENJOINED** from re-detaining Petitioner unless he is first provided with a hearing before a neutral arbiter in which Respondents bear the burden of proving, by clear and convincing evidence, that Petitioner is a flight risk or danger to the community.

**IT IS SO ORDERED.**

Dated:  February 19, 2026

_____
MICHAEL W. FITZGERALD
United States District Judge

2
**TEMPORARY RESTRAINING ORDER**